PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ  07102
(973) 645-2736
LAB0321
FLU:KCPB

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Hon.  Katharine S. Hayden** |
| *Plaintiff,* | *Civil Action No.* **03-638** |
| v. | |
| **ANGELICA GWINNETT ,** | **GARNISHEE ORDER** |
| *Defendant,* | |
| and | |
| **TRANSLATION PLUS, INC.,** | |
| **and its successors or assigns,** | |
| *Garnishee.* | |

An Application and Order for Writ of Continuing Garnishment was filed by the United

States of America, and a Writ of Continuing Garnishment directed to Garnishee was duly issued.

The Garnishee waived service of the Writ of Continuing Garnishment by United States Marshal

and accepted service by certified mail.  Pursuant to the Writ of Continuing Garnishment, the

Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he

had in his possession, custody or under his control, personal property belonging to and due

defendant, and that garnishee was indebted to defendant.

It IS ORDERED that the garnishee pay 15% of the defendant's disposable earnings

weekly/bi-weekly to plaintiff and continue said payments until the debt to the plaintiff is paid in

full or until the garnishee no longer has custody, possession or control of any property belonging

to the debtor or until further Order of this Court.


DATED: 6/ /10


HON/ KATHARINE S. HAYDEN, JUDGE
UNITED STATES DISTRICT COURT